UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------------x

Shmuel Nitzlich,

Civil Action No:
1:24-cv-336

Plaintiff,

-v.-

Omnipoint Management Solutions, LLC

Defendants.

--------------------------------------------------------------x

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** July 30, 2024

| For Plaintiff Shmuel Nitzlich | For Defendant Omnipoint Management Solutions, LLC |
|---|---|
| *s/ Rami Salim* | *s/Brendan Hoffman Little* |
| Rami Salim<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>rsalim@steinsakslegal.com | Brendan Hoffman Little<br>Lippes Mathias LLP<br>50 Fountain Plaza suite 1700<br>Buffalo, NY 14202<br>Ph: (716) 853-5100<br>blittle@lippes.com |

1

|  |  |
|--|--|
|  |  |

## CERTIFICATE OF SERVICE

I certify that on November 20 2024, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system

*/s/ Ramir Salim*
Rami Salim
**Stein Saks, PLLC**
One University Plaza
Hackensack, NJ 07601
*Attorneys for Plaintiff*